NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| HUMBERTO CUENCA, | No.    15-72032 |
| Petitioner, | Agency No. A070-960-331 |
| v. | |
| JEFF B. SESSIONS, Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 14, 2017[**]

Before:    GOODWIN, FARRIS, and FERNANDEZ, Circuit Judges.

Humberto Cuenca, a native and citizen of Guatemala, petitions for review of

the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's decision denying his application for special rule cancellation

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

of removal under the Nicaraguan Adjustment and Central American Relief Act ("NACARA"). We dismiss the petition for review.

To the extent Cuenca meaningfully challenges the agency's decision to deny his application for NACARA relief, we lack jurisdiction to review the agency's adverse credibility determination and its determination that Cuenca is not eligible for NACARA relief. *See Ixcot v. Holder*, 646 F.3d 1202, 1213-14 (9th Cir. 2011) (the court is precluded from reviewing agency's factual determination that alien is ineligible for special rule cancellation of removal under NACARA).

**PETITION FOR REVIEW DISMISSED.**

15-72032